UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE


Brian Bluestein

         v.                       Civil No. 12-cv-21-JL

Marc Levenson


                          **O R D E R**

         The plaintiff's motion for a temporary restraining order

(document no. 3) and supporting documents do not meet the

criteria for ex parte relief.  See Fed. R. Civ. P. 65(b)(1).  The

motion is therefore DENIED without prejudice to consideration as

a motion for a preliminary injunction.

         The Deputy Clerk shall unseal document no. 3 and schedule a

conference call between the court, the plaintiff, and counsel for

the defendant at their earliest convenience.


         **SO ORDERED.**

                              _____
                              Joseph N. Laplante
                              United States District Judge


Dated: January 23, 2012

cc:  Brian Bluestein, pro se
     Gretchen Leah Witt, AUSA